# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>FILIPPINE, EDWARD L. | 2. Court or Organization<br><br>USDC, EDMO | 3. Date of Report<br><br>04/30/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>T.F. Eagleton U.S. Courthouse<br>111 S 10th St., Room 10.137<br>St. Louis, MO 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE   2009 MAY -6 P 3: 30   RECEIVED

Filippine_Edward_L

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L. | 04/30/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L. | 04/30/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America, account | A | Interest | J | T | | | | | |
| 2. Bank of America, --IRA #1 (CDs) (See Pt VIII) | A | Interest | J | T | | | | | |
| 3. Bank of America, --IRA #2 (CDs) (See Pt VIII) | A | Interest | J | T | | | | | |
| 4. Southwest Bank, account | A | Interest | J | T | | | | | |
| 5. BROKERAGE ACCOUNT #1: --IRA#1 ( See Pt VIII) | B | Dividend | K | T | | | | | |
| 6. --First TR654 Unit Pharn Port Ser 14 Semi Rein (See Pt VIII) | | | | | Redeemed | 01/22 | K | D | |
| 7. --AEE, common stock | | | | | Buy | 10/24 | K | | |
| 8. --Dreyfuss General Money Market | | | | | | | | | |
| 9. BROKERAGE ACCOUNT #2: --IRA#2 (See Pt VIII) | A | Dividend | J | T | | | | | |
| 10. --First TR654 Unit Pharm Port Ser 14 Semi Rein | | | | | Redeemed | 01/22 | J | B | |
| 11. --Dreyfuss General Money Market | | | | | | | | | |
| 12. BROKERAGE ACCOUNT #3: | | | | | | | | | |
| 13. --Seligman Growth Fund Cl A, mutual fund | | None | J | T | | | | | |
| 14. --Dreyfuss General Govt Money Market | A | Dividend | J | T | | | | | |
| 15. --AEE, common stock | A | Dividend | J | T | Buy | 10/24 | J | | |
| 16. --Missouri ST H&E FAC Auth RV SSM, bond | A | Interest | | | Redeemed | 05/15 | J | A | |
| 17. --Missouri St H&E FACS Auth HLTH FACS RV BJC, bond | A | Interest | | | Redeemed | 06/02 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Missouri ST H&E FCS Auth HLTH FACS RV ST Anthony, bond | A | Interest | J | T | | | | | |
| 19. --Missouri ST ENVIRON IMPT & ENRGY Res Auth Wtr Plltn, bond | A | Interest | J | T | | | | | |
| 20. BROKERAGE ACCOUNT #4: | | | | | | | | | |
| 21. --T, common stock | A | Dividend | J | T | Sold (part) | 03/18 | J | | |
| 22. | | | | | Buy | 09/23 | J | | |
| 23. | | | | | Sold (part) | 12/16 | J | | |
| 24. --BMY, common stock | A | Dividend | J | T | Sold (part) | 12/16 | J | | |
| 25. --GE, common stock | A | Dividend | J | T | Sold (part) | 03/18 | J | | |
| 26. | | | | | Buy | 09/23 | J | | |
| 27. --HBC, common stock | A | Dividend | J | T | Sold (part) | 03/18 | J | | |
| 28. --HST, common stock | A | Dividend | | | Sold (part) | 03/18 | J | | |
| 29. | | | | | Sold | 12/16 | J | | |
| 30. --MDU, common stock | A | Dividend | | | Sold (part) | 03/18 | J | | |
| 31. | | | | | Sold | 09/23 | J | A | |
| 32. --NST, common stock | A | Dividend | | | Sold | 01/10 | J | A | |
| 33. --PPG, common stock | A | Dividend | | | Sold (part) | 03/18 | J | | |
| 34. | | | | | Sold | 09/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    --RYN, common stock | A | Dividend | | | Sold (part) | 03/18 | J | | |
| 36. | | | | | Sold | 06/17 | J | A | |
| 37.    --VZ, common stock | A | Dividend | J | T | Sold (part) | 01/18 | J | A | |
| 38. | | | | | Sold (part) | 03/18 | J | | |
| 39. | | | | | Sold (part) | 12/16 | J | | |
| 40.    --APD, common stock | | None | J | T | Buy | 12/16 | J | | |
| 41.    --ALL, common stock | | None | J | T | Buy | 09/23 | J | | |
| 42. | | | | | Buy | 12/16 | J | | |
| 43.    --CAT, common stock | | None | J | T | Buy | 12/16 | J | | |
| 44.    --CNP, common stock | A | Dividend | J | T | Buy | 03/18 | J | | |
| 45.    --CPB, common stock | A | Dividend | J | T | Buy | 03/18 | J | | |
| 46.    --CVX, common stock | A | Dividend | J | T | Buy | 09/23 | J | | |
| 47. | | | | | Sold (part) | 12/16 | J | | |
| 48.    --DD, common stock | A | Dividend | J | T | Buy | 01/28 | J | | |
| 49. | | | | | Sold (part) | 03/18 | J | A | |
| 50. | | | | | Buy | 12/16 | J | | |
| 51.    --DTE, common stock | A | Dividend | J | T | Buy | 01/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/18 | J | | |
| 53. | | | | | Sold (part) | 12/16 | J | | |
| 54. --EMR, common stock | | None | J | T | Buy | 12/16 | J | | |
| 55. --IGT, common stock | | None | J | T | Buy | 12/16 | J | | |
| 56. --KMB, common stock | | None | J | T | Buy | 12/16 | J | | |
| 57. --MCHP, common stock | A | Dividend | J | T | Buy | 06/17 | J | | |
| 58. --MO, common stock | | None | J | T | Buy | 09/23 | J | | |
| 59. --PFE, common stock | A | Dividend | J | T | Buy | 01/28 | J | | |
| 60. | | | | | Sold (part) | 03/18 | J | | |
| 61. | | | | | Sold (part) | 12/16 | J | | |
| 62. --TEG, common stock | A | Dividend | J | T | Buy | 01/10 | J | | |
| 63. | | | | | Sold (part) | 03/18 | J | | |
| 64. | | | | | Sold (part) | 09/23 | J | | |
| 65. --TOT, common stock | A | Dividend | J | T | Buy | 03/18 | J | | |
| 66. | | | | | Sold (part) | 12/16 | J | | |
| 67. --UST, common stock | | None | J | T | Buy | 12/16 | J | | |
| 68. --WDR, common stock | A | Dividend | J | T | Buy | 09/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 12/16 | J | | |
| 70.   --WMI, common stock | A | Dividend | J | T | Buy | 01/18 | J | | |
| 71. | | | | | Sold (part) | 03/18 | J | A | |
| 72. | | | | | Sold (part) | 09/23 | J | A | |
| 73. | | | | | Sold (part) | 12/16 | J | | |
| 74.   --WRI, common stock | | None | J | T | Buy | 12/16 | J | | |
| 75.   --CBS, common stock | A | Dividend | | | Buy | 03/18 | J | | |
| 76. | | | | | Buy | 09/23 | J | | |
| 77. | | | | | Sold | 12/16 | J | | |
| 78.   --CPB, common stock | A | Dividend | | | Buy | 03/18 | J | | |
| 79. | | | | | Sold (part) | 09/23 | J | A | |
| 80. | | | | | Sold | 12/16 | J | | |
| 81.   --CCL, common stock | A | Dividend | | | Buy | 03/18 | J | | |
| 82. | | | | | Sold | 09/23 | J | | |
| 83.   --CNP, common stock | A | Dividend | | | Buy | 03/18 | J | | |
| 84. | | | | | Sold | 12/16 | J | | |
| 85.   --DOW, common stock | A | Dividend | | | Buy | 01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/18 | J | A | |
| 87. | | | | | Sold | 12/16 | J | | |
| 88. --FITB, common stock | A | Dividend | | | Buy | 01/28 | J | | |
| 89. | | | | | Buy | 09/23 | J | | |
| 90. | | | | | Sold | 12/16 | J | | |
| 91. --HBAN, common stock | A | Dividend | | | Buy | 01/28 | J | | |
| 92. | | | | | Sold (part) | 03/18 | J | | |
| 93. | | | | | Sold | 06/17 | J | | |
| 94. --INTC, common stock | A | Dividend | | | Buy | 03/18 | J | | |
| 95. | | | | | Sold | 06/17 | J | A | |
| 96. --LYG, common stock | | None | | | Buy | 09/23 | J | | |
| 97. | | | | | Sold | 12/16 | J | | |
| 98. --MI, common stock | A | Dividend | | | Buy | 01/18 | J | | |
| 99. | | | | | Sold (part) | 03/18 | J | A | |
| 100. | | | | | Sold | 09/23 | J | A | |
| 101. --GAS, common stock | | None | | | Buy | 01/28 | J | | |
| 102. | | | | | Sold | 03/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100.001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500.001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L. | 04/30/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --RF, common stock | A | Dividend | | | Buy | 01/28 | J | | |
| 104. | | | | | Sold | 09/23 | J | | |
| 105. --STI, common stock | A | Dividend | | | Buy | 06/17 | J | | |
| 106. | | | | | Sold (part) | 09/23 | J | A | |
| 107. | | | | | Sold | 12/16 | J | | |
| 108. --XL, common stock | A | Dividend | | | Buy | 06/17 | J | | |
| 109. | | | | | Buy | 09/23 | J | | |
| 110. | | | | | Sold | 12/10 | J | | |
| 111. --Dreyfuss General Money Market | A | Dividend | J | T | | | | | |
| 112. Phoenix Life Ins. Co., whole life | A | Int./Div. | J | T | | | | | |
| 113. Great West Life & Ann. Ins. Co, whole life | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L. | 04/30/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Investments and Trusts, Section B(2) asks for the type of income received from investments. Four IRA accounts are listed at page 4 on lines 2, 3, 5 and 9. The IRA accounts at lines 2 and 3 list the income as "interest" but income for each of those accounts also included mandatory distribution. The IRA accounts at lines 5 and 9 list the income as "dividends" but income for each of those accounts also included mandatory distribution.

Part VII, Investments and Trusts, page 4, line 6: When my Financial Disclosure Report for Calendar Year 2007, AO 10, was originally filed this asset was left off. An explanation and correction was made as to that omission by my amendment letter dated June 7, 2008 and the asset accordingly was made part of my 2007 report. Consequently, the asset is included in my 2008 report and the January 22 redemption noted.

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L. | 04/30/2009 |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L. | 04/30/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544